882 A.2d 461

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Brian THOMAS, Respondent.**

Supreme Court of Pennsylvania.

Aug. 10, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2005, pursuant to *Commonwealth v. Devers,* 519 Pa. 88, 546 A.2d 12 (1988), the Petition for Allowance of Appeal is **GRANTED,** and the Order of the Superior Court is **REVERSED.** Jurisdiction relinquished.